Case 2:17-mc-00173-RSL   Document 1-4   Filed 12/19/17   Page 1 of 1
Case 2:17-mc-00149-RSL   Document 1-4   Filed 12/06/17   Page 1 of 1
Case 2:17-cv-00512-RAJ   Document 29   Filed 11/21/17   Page 1 of 1

# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY W. JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RCO LEGAL, P.S.,<br><br>　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C17-512RAJ |

\_\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　For the reasons stated in the Court's order of November 20, 2017, Judgment is entered in favor of Plaintiff Larry W. Johnson and against Defendant RCO Legal, P.S.

　　DATED this 21st day of November, 2017.

　　　　　　　　　　　　　　　　　WILLIAM M. McCOOL,
　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　By: _/s/ Victoria Ericksen_
　　　　　　　　　　　　　　　　　　　　Deputy Clerk