Case 2:17-mc-00173-RSL   Document 1-5   Filed 12/19/17   Page 1 of 6
Case 2:17-mc-00149-RSL   Document 1-5   Filed 12/06/17   Page 1 of 6
Case 2:17-cv-00512   Document 1   Filed 03/31/17   Page 1 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LARRY W. JOHSON, <br> Plaintiff/Movant, <br> v. <br> RCO LEGAL, P.S., <br> Defendant/Respondent. | CIVIL ACTION FILE NO. <br><br> APPLICATION TO CONFIRM ARBITRATION AWARD <br><br> NOTE ON MOTION CALENDAR: April 21, 2017 |

## APPLICATION TO CONFIRM ARBITRATION AWARD

Pursuant to Federal Rule of Civil Procedure 81(a)(6)(B), 9 U.S.C. § 6, and 9 U.S.C. § 13, Movant, Larry W. Johnson, respectfully presents the Court the following:

### Parties, Jurisdiction and Venue

1. Mr. Johnson is an individual and a resident of the State of Georgia.

2. Respondent RCO Legal, P.S. ("RCO") is a corporation organized and existing under the laws of the State of Washington, and its principal place of

APPLICATION TO CONFIRM ARBITRATION AWARD - 1

Green & Norwood PLLC
2722 Eastlake Ave E., #350
Seattle, Washington 98102
(206) 420-3486

425-0101

Case 2:17-mc-00173-RSL Document 1-5 Filed 12/19/17 Page 2 of 6
Case 2:17-mc-00149-RSL Document 1-5 Filed 12/06/17 Page 2 of 6
Case 2:17-cv-00512 Document 1 Filed 03/31/17 Page 2 of 6

business is in the State of Washington. RCO is subject to the jurisdiction of this Court and may be served with process by serving its registered agent, Corporation Service Company, 300 Deschutes Way, SW, Suite 304, Tumwater, Washington 985010000.

3. The Court has jurisdiction pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $75,000.00, and is between citizens of different states.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2), or 28 U.S.C. § 1391(b)(3).

## Factual Background

5. Mr. Johnson filed a Demand for Arbitration with the American Arbitration Association on October 27, 2015, alleging that his former employer, Respondent RCO, improperly terminated him "for cause" on September 10, 2015.

6. Mr. Johnson alleged that Respondent RCO breached his Employment Agreement, and thereby deprived him of a severance payment to which he was entitled pursuant to that agreement.

7. On February 21, 2017, arbitrator James M. Paulson granted Mr. Johnson's Motion for Summary Judgment, finding that RCO breached the agreement when it terminated him "for cause". A true and correct copy of that

APPLICATION TO CONFIRM ARBITRATION AWARD - 2

Green & Norwood PLLC
2722 Eastlake Ave E., #350
Seattle, Washington 98102
(206) 420-3486

425-0101

Case 2:17-mc-00173-RSL   Document 1-5   Filed 12/19/17   Page 3 of 6
Case 2:17-mc-00149-RSL   Document 1-5   Filed 12/06/17   Page 3 of 6
Case 2:17-cv-00512   Document 1   Filed 03/31/17   Page 3 of 6

ruling is attached to the Declaration of Charles J. Cole as Exhibit "A". In that ruling, the arbitrator retained jurisdiction pending the parties' agreement "on the calculation of a remedy". (Exhibit "A", p. 1)

8. On or about February 24, 2017, Mr. Johnson's counsel reached out to RCO's counsel, in an effort to determine whether the parties might be able to reach such an agreement. The parties did not agree.

9. On March 2, 2017, Mr. Johnson filed a Motion for Attorneys' Fees, Costs, Prejudgment Interest, and for Final Award. A true and correct copy of that motion is attached to Mr. Cole's Declaration as Exhibit "B".

10. Mr. Johnson sought an award in the principal amount of $540,000.00 in unpaid compensation pursuant to his Employment Agreement, $171,000.00 in attorneys' fees, $21,465.59 in costs, and $94,980.82 in prejudgment interest, calculated through February 28, 2017. Prejudgment interest continued to accrue at the rate of $177.53 per day.

11. RCO filed a Motion for Reconsideration on March 6, 2017. Mr. Johnson responded. Mr. Johnson incurred an additional $6,425.00 in fees, and an additional $2,825.00 in expenses, from March 1 – March 18, 2017. Mr. Johnson also asked the arbitrator to award these amounts. A true and correct copy of Mr.

APPLICATION TO CONFIRM ARBITRATION AWARD - 3

Green & Norwood PLLC
2722 Eastlake Ave E., #350
Seattle, Washington 98102
(206) 420-3486

425-0101

Case 2:17-mc-00173-RSL   Document 1-5   Filed 12/19/17   Page 4 of 6
Case 2:17-mc-00149-RSL   Document 1-5   Filed 12/06/17   Page 4 of 6
Case 2:17-cv-00512   Document 1   Filed 03/31/17   Page 4 of 6

Cole's supplemental affidavit in support of these fees and costs, which was submitted to the arbitrator, is attached to Mr. Cole's declaration as Exhibit "C".

12.   Mr. Johnson requested the arbitrator to award attorneys' fees in the total amount of $177,425.00, and costs in the total amount of $24,290.59.

13.   On March 29, 2017, the arbitrator issued a final award "granting judgment in favor of the Claimant and allowing the Claimant's request for damages, attorneys' fees, costs and prejudgment interest in the amounts specified in Claimant's motion". A true and correct copy of the Arbitrator's Final Award is attached to Mr. Cole's declaration as Exhibit "D".

### Count 1 - Confirmation of Award Pursuant to 9 U.S.C. § 9

14.   The Parties have agreed that a judgment of the Court shall be entered upon the award, they have specified the Court, and Mr. Johnson has applied for an order confirming the award within one year after the award was made. A true and correct copy of the applicable Employment Agreement is attached as Exhibit "E".

WHEREFORE, Mr. Johnson respectfully prays that the Court:

1.   Issue process to the Respondent;

2.   Confirm the Arbitrator's Final Award entered March 29, 2017;

3.   Enter judgment in favor of Mr. Johnson confirming the Arbitrator's Final Award, in the principal amount of $540,000.00;

APPLICATION TO CONFIRM ARBITRATION AWARD - 4

Green & Norwood PLLC
2722 Eastlake Ave E., #350
Seattle, Washington 98102
(206) 420-3486

425-0101

Case 2:17-mc-00173-RSL   Document 1-5   Filed 12/19/17   Page 5 of 6
Case 2:17-mc-00149-RSL   Document 1-5   Filed 12/06/17   Page 5 of 6
Case 2:17-cv-00512   Document 1   Filed 03/31/17   Page 5 of 6

4.   Enter judgment in favor of Mr. Johnson awarding his attorneys' fees incurred in the arbitration in the amount of $177,425.00;

5.   Enter judgment in favor of Mr. Johnson awarding his costs incurred in the arbitration in the amount of $24,290.59;

6.   Enter judgment in favor of Mr. Johnson awarding prejudgment interest, at the rate of 12% per annum, from September 10, 2015 – March 29, 2015, in the amount of $100,129.19, pursuant to the Arbitrator's Final Award, plus interest, at the rate of 12% per annum, from the date of the Arbitrator's Final Award through the date of entry of confirmation/judgment upon the Arbitrator's Final Award.

7.   Enter judgment in favor of Mr. Johnson awarding attorneys' fees and costs incurred in connection with this action; and

8.   Grant Mr. Johnson such other and further relief as it deems just and necessary.

I.   ORDER

A proposed Order is provided.

APPLICATION TO CONFIRM ARBITRATION AWARD - 5

Green & Norwood PLLC
2722 Eastlake Ave E., #350
Seattle, Washington 98102
(206) 420-3486

425-0101

Case 2:17-mc-00173-RSL   Document 1-5   Filed 12/19/17   Page 6 of 6
Case 2:17-mc-00149-RSL   Document 1-5   Filed 12/06/17   Page 6 of 6
Case 2:17-cv-00512   Document 1   Filed 03/31/17   Page 6 of 6

DATED this 31st day of March, 2017.

*s/Matthew D. Green, WSBA #18046*
Elizabeth Hebener Norwood, WSBA #40930
*Attorneys for Plaintiff/Movant*
GREEN & NORWOOD PLLC
2722 Eastlake Ave E., #350
Seattle, WA 98102
Telephone: (206) 420-3486
Email: matt@gnlawseattle.com
       elizabeth@gnlawseattle.com

APPLICATION TO CONFIRM ARBITRATION AWARD - 6

Green & Norwood PLLC
2722 Eastlake Ave E., #350
Seattle, Washington 98102
(206) 420-3486

425-0101